B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bogle, Faye Patricia** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7677** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15871 SW 49th Ct**<br>**Miramar, FL**<br><br>ZIP Code **33027** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bogle, Faye Patricia** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Andrew S. Bresalier, Esquire        August 12, 2013**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Andrew S. Bresalier, Esquire FBN:493279** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Bogle, Faye Patricia**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Faye Patricia Bogle**

Signature of Debtor  **Faye Patricia Bogle**

**X** _____

Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 12, 2013**
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

### Signature of Attorney*

**X /s/ Andrew S. Bresalier, Esquire**

Signature of Attorney for Debtor(s)

**Andrew S. Bresalier, Esquire FBN:493279**

Printed Name of Attorney for Debtor(s)

**Andrew S. Bresalier, PA**

Firm Name

**400 N. Pine Island Rd., #200**
**Plantation, FL 33324**

_____
Address

**Email: asblawyer@yahoo.com**

**Phone (954) 458-7600 / Fax: (954) 749-3008 - Use Coversheet**

Telephone Number

**August 12, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Faye Patricia Bogle**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Faye Patricia Bogle**

                                  **Faye Patricia Bogle**

Date:    **August 12, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Faye Patricia Bogle**                             ,        Case No. _____

                                   Debtor        Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 551,924.00 | | |
| B - Personal Property | Yes | 4 | 28,679.72 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 720,183.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 11,652.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,319.82 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,369.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 580,603.72 | | |
| Total Liabilities | | | | 731,835.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Faye Patricia Bogle**
_____ ,
                                    Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,319.82 |
| Average Expenses (from Schedule J, Line 18) | 5,369.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,449.95 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 179,906.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 11,652.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 191,558.00 |

B6A (Official Form 6A) (12/07)

.

In re    **Faye Patricia Bogle**                                                                    ,    Case No. _____

                                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **PROPERTY #1**<br>**LOCATION: 15871 SW 49th Ct., Miramar, Fl 33027**<br>**DESCRIPTION:Lot 25, Block 4 of Riviera Isles II, according to the plat thereof, recorded in Plat Book 170, Page 53, Public Records of Broward County, Florida**<br>**INTENT: Reaffirm, via Mod, if not granted surrender.**<br>**VALUATION METHOD: Zillow - Copy to be provided to Trustee**<br>**NOTE: Though there is no equity in this property, the Debtor claims any interest she may hold is exempt.**<br>**(Chase as assignee of MetLife Home)** | **Fee simple** | - | **320,783.00** | **473,292.00** |
| **PROPERTY #2**<br>**LOCATION: 529 Lakeview Dr, Kissimmee, Fl 34759**<br>**DESCRIPTION: Lot 29, Block 1128, Poinciana, Neighborhood 5, Village 7, According to the Plat Thereof as Recorded in Plat Book 53, Pages 19 through 28, Inclusive, of the Public Records of Polk County, Florida**<br>**INTENT: Surrender**<br>**VALUATION METHOD: Zillow - Copy to be provided to Trustee** | **Fee simple** | - | **90,860.00** | **117,303.00** |
| **PROPERTY #3**<br>**LOCATION: 5264 NW 186 St, Miami Gardens, Fl 33055**<br>**DESCRIPTION: Lot 12 in Block 26, of Monterrey Fifth Addition, according to the Plat Thereof as recorded in Plat Book 141, Page 69, of the Public Records of Miami-Dade County, Florida**<br>**INTENT: Reaffirm, via Mod, if not granted surrender.**<br>**VALUATION METHOD: Zillow - Copy to be provided to Trustee**<br>**NOTE: Though there is no equity in this property, the Debtor claims any interest she may hold is exempt.** | **Fee simple** | - | **140,031.00** | **118,934.00** |
| | | Sub-Total > | **551,674.00** | (Total of this page) |

___1___  continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   **Faye Patricia Bogle**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **PROPERTY #4**<br>**LOCATION: 2706 7TH St W, Lehigh Acres, Fl 33971**<br>**DESCRIPTION: Lot 14, Block 55, Unit 6, Section 25, Township 44 South, Range 26 East, Lehigh Acres, According to the Map or Plat thereof on file in the office of the Clerk of the Circuit Court, Recorded in Plat Book 26, Page 141, Public Records of Lee County, Florida**<br>**INTENT: N/A**<br>**VALUATION METHOD: Per Zillow this property has a ZERO Value; however, it is beleived that the property can be sold for as much as $500 - Copy to be provided to Trustee**<br>**NOTE: Property is jointly held by the Debtor and her brother, David Mantock. The Market Value listed represents the Debtor's 50% interest** | **Joint tenant** | - | **250.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **250.00** | (Total of this page) |
| Total > | **551,924.00** |  |

Sheet __1__ of __1__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**B6B (Official Form 6B) (12/07)**

In re    **Faye Patricia Bogle**                                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking Account #...6973** | - | 56.00 |
| | | **Chase Checking Account #...4553** | - | 134.00 |
| | | **Chase Business ("DBA") Checking Account #...3263**<br>**ZERO BALANCE**<br>**NOTE: Unregistered DBA** | - | 0.00 |
| | | **Space Coast CU Checking Account #...7415** | - | 361.00 |
| | | **Tropical CU Checking Account #...18-01** | - | 281.00 |
| | | **Tropical CU SavingsAccount #...18-00**<br>**ZERO BALANCE** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Rents Due on Miami Gardens and Kissiimmee Properties**<br>**NOTE: Tenants have refused to pay rents due to Foreclosure status.** | - | Unknown |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **DEBTOR'S / MASTER BEDROOM: Bed, Dresser, Two Night Stands, Two Lamps and a 20" Cathode Tv, all purchased during 1996** | - | 100.00 |
| | | **ADULT BROTHER'S ROOM: Property in this room (Bed, Dresser and other personal items) is the solely held by the Debtor's Adult Brother.** | - | 0.00 |
| | | **MOTHER'S ROOM: Property in this room (Bed, Dresser and other personal items) is the solely held by the Debtor's Mother.** | - | 0.00 |
| | | **OFFICE: Desk, Chair and Shelves, all purchased during 2002** | - | 50.00 |
| | | **LENOA Laptop and Printer, purchased during February 2013 for $400.** | - | 200.00 |

|  | Sub-Total >  | 1,282.00 |
|---|---|---|
|  | (Total of this page) |  |

___3___   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Faye Patricia Bogle**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | DINING ROOM: Property in this room (Bed, Dresser and other personal items) is the solely held by the Debtor's Mother. | - | 0.00 |
| | | KITCHEN: Table with Three Chairs, Purchased ruring 2003 | - | 100.00 |
| | | LIVING ROOM: Sofa, Chair, Coffee Table, Two End Tables (each purchased during 2003, and Two Lamps (purchased during 1992) | - | 150.00 |
| | | DEN: Sofa, purchased during 1996 (28" Floor TV, which "doesn't always work" is held by the Debtor's Mother) | - | 50.00 |
| | | Appliances (Large/Small), Bedding, Decorations, Dishes, Eating/Cooking Utensils, Pots/Pans, Towels, Etc. | - | 150.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Approx. 50 outdated Text Books (50 x $0.50) | - | 25.00 |
| | | Approx. 30 Paperback Books (30 x $1) | - | 30.00 |
| 6. Wearing apparel. | | Clothing, Shoes and Misc. Accessories NOTE: Mostly work clothes.  Confirmed that the Debtor does not own any original or high end garments. | - | 20.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

                                                                        Sub-Total >            **525.00**
                                                                    (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Faye Patricia Bogle**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **403b**<br>**NOTE: All deposits have been through the normal course of employment, via payroll.** | - | **17,172.72** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total >    **17,172.72**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Faye Patricia Bogle**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **State of Florida Professional Licence: Registered Nurse**<br>**NOTE: This license is nonalienable and of no value to anyone other than the Debtor; however, the Debtor claims any interest she may hold, is exempt.** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Toyota Camry LE 4d Sedan**<br>**MILES:**<br>**CONDITION: Rough - Undercarriage Damaged caused to running over construction debris**<br>**INTENT: Reaffirm**<br>**VALUATION METHOD: Black Book USA Retail - copy to be provided to Trustee**<br>**NOTE: Though this vehicle has no equity, the Debtor claims any interest she may hold is exempt.** | - | 9,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    9,700.00
(Total of this page)

Total >    28,679.72

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Faye Patricia Bogle** _____ ,    Case No. _____
                                            Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **PROPERTY #1**<br>**LOCATION:  15871 SW 49th Ct., Miramar, Fl 33027**<br>**DESCRIPTION:Lot 25, Block 4 of Riviera Isles II, according to the plat thereof, recorded in Plat Book 170, Page 53, Public Records of Broward County, Florida**<br>**INTENT: Reaffirm, via Mod, if not granted surrender.**<br>**VALUATION METHOD: Zillow - Copy to be provided to Trustee**<br>**NOTE: Though there is no equity in this property, the Debtor claims any interest she may hold is exempt.**<br>**(Chase as assignee of MetLife Home)** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** | **0.00** | **320,783.00** |
| **PROPERTY #3**<br>**LOCATION: 5264 NW 186 St, Miami Gardens, Fl 33055**<br>**DESCRIPTION: Lot 12 in Block 26, of Monterrey Fifth Addition, according to the Plat Thereof as recorded in Plat Book 141, Page 69, of the Public Records of Miami-Dade County, Florida**<br>**INTENT: Reaffirm, via Mod, if not granted surrender.**<br>**VALUATION METHOD: Zillow - Copy to be provided to Trustee**<br>**NOTE: Though there is no equity in this property, the Debtor claims any interest she may hold is exempt.** | **Fla. Const. art. X, § 4(a)(2)** | **25.00** | **140,031.00** |
| **Cash on Hand** | | | |
| **Cash on Hand** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **DEBTOR'S / MASTER BEDROOM: Bed, Dresser, Two Night Stands, Two Lamps and a 20" Cathode Tv, all purchased during 1996** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **OFFICE: Desk, Chair and Shelves, all purchased during 2002** | **Fla. Const. art. X, § 4(a)(2)** | **50.00** | **50.00** |
| **LENOA Laptop and Printer, purchased during February 2013 for $400.** | **Fla. Const. art. X, § 4(a)(2)** | **200.00** | **200.00** |
| **KITCHEN: Table with Three Chairs, Purchased ruring 2003** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **LIVING ROOM: Sofa, Chair, Coffee Table, Two End Tables (each purchased during 2003, and Two Lamps (purchased during 1992)** | **Fla. Const. art. X, § 4(a)(2)** | **150.00** | **150.00** |

_1_    continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Faye Patricia Bogle**                                              ,          Case No. _____
                                                                  Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **DEN: Sofa, purchased during 1996 (28" Floor TV, which "doesn't always work" is held by the Debtor's Mother)** | **Fla. Const. art. X, § 4(a)(2)** | **50.00** | **50.00** |
| **Appliances (Large/Small), Bedding, Decorations, Dishes, Eating/Cooking Utensils, Pots/Pans, Towels, Etc.** | **Fla. Const. art. X, § 4(a)(2)** | **150.00** | **150.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Approx. 50 outdated Text Books**<br>**(50 x $0.50)** | **Fla. Const. art. X, § 4(a)(2)** | **25.00** | **25.00** |
| **Approx. 30 Paperback Books**<br>**(30 x $1)** | **Fla. Const. art. X, § 4(a)(2)** | **30.00** | **30.00** |
| **Wearing Apparel**<br>**Clothing, Shoes and Misc. Accessories**<br>**NOTE: Mostly work clothes.  Confirmed that the Debtor does not own any original or high end garments.** | **Fla. Const. art. X, § 4(a)(2)** | **20.00** | **20.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**403b**<br>**NOTE: All deposits have been through the normal course of employment, via payroll.** | **Fla. Stat. Ann. § 222.21(2)** | **17,172.72** | **17,172.72** |
| **Licenses, Franchises, and Other General Intangibles**<br>**State of Florida Professional Licence: Registered Nurse**<br>**NOTE: This license is nonalienable and of no value to anyone other than the Debtor; however, the Debtor claims any interest she may hold, is exempt.** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2010 Toyota Camry LE 4d Sedan**<br>**MILES:**<br>**CONDITION: Rough - Undercarriage Damaged caused to running over construction debris**<br>**INTENT: Reaffirm**<br>**VALUATION METHOD: Black Book USA Retail - copy to be provided to Trustee**<br>**NOTE: Though this vehicle has no equity, the Debtor claims any interest she may hold is exempt.** | **Fla. Stat. Ann. § 222.25(1)** | **0.00** | **9,700.00** |

|  | Total: | **18,172.72** | **488,661.72** |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Faye Patricia Bogle** _____,    Case No. _____
                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **3752** <br><br> **Assoc of Poinciana Villages** **401 Walnut St** **Poinciana, FL 34759** | | | | 01/05 **Homeowner's Association** **PROPERTY #2** **LOCATION: 529 Lakeview Dr,** **Kissimmee, Fl 34759** **DESCRIPTION: Lot 29, Block 1128,** **Poinciana, Neighborhood 5, Village 7,** **According to the Plat Thereof as** | | | | | |
| | | | | Value $                90,860.00 | | | | 0.00 | 0.00 |
| Account No. **9860** <br><br> **Chase Home Finance / JPMorgan** **Bankruptcy Dept** **8333 Ridge Point Drive** **Mail Code TX1-2302** **Irving, TX 75063-5812** | | | | 10/03 **Mortgage** **PROPERTY #1** **LOCATION:  15871 SW 49th Ct., Miramar,** **Fl 33027** **DESCRIPTION:Lot 25, Block 4 of Riviera** **Isles II, according to the plat thereof,** **recorded in Plat Book 170, Page 53,** | | | | | |
| | | | | Value $              320,783.00 | | | | 295,400.00 | 0.00 |
| Account No. <br><br> **MetLife Home Loans** **Attn: Bky Dept** **1555 W Wallnut Hill Ln., #200** **Irving, TX 75038** | | | | **Additional Notice To:** **Chase Home Finance / JPMorgan** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. **9833** <br><br> **Chase Home Finance / JPMorgan** **Bankruptcy Dept** **8333 Ridge Point Drive** **Mail Code TX1-2302** **Irving, TX 75063-5812** | | | | 02/03 **Mortgage** **PROPERTY #3** **LOCATION: 5264 NW 186 St, Miami** **Gardens, Fl 33055** **DESCRIPTION: Lot 12 in Block 26, of** **Monterrey Fifth Addition, according to** **the Plat Thereof as recorded in Plat** | | | | | |
| | | | | Value $              140,031.00 | | | | 113,989.00 | 0.00 |
| ___**2**___ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 409,389.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Faye Patricia Bogle**                                                                ,      Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. <br><br>**Marshall Watson, PA** <br>**1800 NW 49th St, #120** <br>**Fort Lauderdale, FL 33309** | | | | **Additional Notice To:** <br>**Chase Home Finance / JPMorgan** <br><br><br>Value $ | | | | **Notice Only** | |
| Account No. **1043** <br><br>**GM Finance** <br>**POB 78143** <br>**Phoenix, AZ 85062** | | | - | 01/12 <br>**Auto Loan** <br>**2010 Toyota Camry LE 4d Sedan** <br>**MILES:** <br>**CONDITION: Rough - Undercarriage** <br>**Damaged caused to running over** <br>**construction debris** <br>**INTENT: Reaffirm** <br>Value $            **9,700.00** | | | | **10,654.00** | **954.00** |
| Account No. **2612** <br><br>**Monterey Master Owners Assoc** <br>**of Dade County** <br>**C/O CAM Accounting** <br>**POB 820455** <br>**South Florida, FL 33082** | | | - | 02/03 <br>**Homeowner's Association** <br>**PROPERTY #3** <br>**LOCATION: 5264 NW 186 St, Miami** <br>**Gardens, Fl 33055** <br>**DESCRIPTION: Lot 12 in Block 26, of** <br>**Monterrey Fifth Addition, according to** <br>**the Plat Thereof as recorded in Plat** <br>Value $          **140,031.00** | | | | **4,945.00** | **0.00** |
| Account No. <br><br>**Brough, Chadrow & Levine** <br>**1900 N Commerce Pkwy** <br>**Weston, FL 33326** | | | | **Additional Notice To:** <br>**Monterery Master Owners Assoc** <br><br><br>Value $ | | | | **Notice Only** | |
| Account No. **0611** <br><br>**Riveria Isles Master Assoc** <br>**C/O Castle Mgt** <br>**POB 559009** <br>**Fort Lauderdale, FL 33355** | | | - | 10/03 <br>**Homeowner's Association** <br>**PROPERTY #1** <br>**LOCATION: 15871 SW 49th Ct., Miramar,** <br>**Fl 33027** <br>**DESCRIPTION:Lot 25, Block 4 of Riviera** <br>**Isles II, according to the plat thereof,** <br>**recorded in Plat Book 170, Page 53,** <br>Value $          **320,783.00** | | | | **0.00** | **0.00** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **15,599.00** | **954.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Faye Patricia Bogle**                                                                              ,        Case No. _____
                                                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **7267**<br><br>**Sans Souci Villiage HOA**<br>**C/O Castle Mgt**<br>**POB 559009**<br>**Fort Lauderdale, FL 33355** | | - | 10/03<br>**Homeowner's Association**<br>**PROPERTY #1**<br>**LOCATION:  15871 SW 49th Ct., Miramar, Fl 33027**<br>**DESCRIPTION:Lot 25, Block 4 of Riviera Isles II, according to the plat thereof, recorded in Plat Book 170, Page 53,**<br><br>Value $          **320,783.00** | | | | **0.00** | **0.00** |
| Account No. **4804**<br><br>**SunTrust Mortgage**<br>**Bankruptcy Department - RVW7941**<br>**PO Box 85092**<br>**Richmond, VA 23286** | | - | 01/05<br>**Mortgage**<br>**PROPERTY #2**<br>**LOCATION: 529 Lakeview Dr, Kissimmee, Fl 34759**<br>**DESCRIPTION: Lot 29, Block 1128, Poinciana, Neighborhood 5, Village 7, According to the Plat Thereof as**<br>Value $          **90,860.00** | | | | **117,303.00** | **26,443.00** |
| Account No.<br><br>**Florida Foreclosure Atty**<br>**601 Cleveland St., #690**<br>**Clearwater, FL 33755** | | | **Additional Notice To:**<br><br>**SunTrust Mortgage**<br><br><br>Value $ | | | | **Notice Only** | |
| Account No. **1998**<br><br>**Wells Fargo Home Equity**<br>**Credit Bureau B6955-019**<br>**POB 31557**<br>**Billings, MT 59107** | | - | 09/06<br>**Equity Line**<br>**PROPERTY #1**<br>**LOCATION:  15871 SW 49th Ct., Miramar, Fl 33027**<br>**DESCRIPTION:Lot 25, Block 4 of Riviera Isles II, according to the plat thereof, recorded in Plat Book 170, Page 53,**<br>Value $          **320,783.00** | | | | **177,892.00** | **152,509.00** |
| Account No.<br><br><br><br><br> | | | <br><br><br><br><br>Value $ | | | | | |

Sheet __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **295,195.00** | **178,952.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **720,183.00** | **179,906.00** |

B6E (Official Form 6E) (4/13)

In re    **Faye Patricia Bogle**                                                      ,     Case No. _____
                                                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Faye Patricia Bogle**                                                      ,          Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **3752**  <br><br>**Assoc of Poinciana Villages**  <br>**401 Walnut St**  <br>**Poinciana, FL 34759** | | - | | | 01/05  <br>**Deficiency after foreclosure RE:  PROPERTY #2 -  529 Lakeview Dr, Kissimmee, Fl 34759** | | | | **Unknown** |
| Account No. **1626**  <br><br>**Bank of America**  <br>**Bankruptcy Department**  <br>**PO Box 15102**  <br>**Wilmington, DE 19886-5102** | | - | | | 07/05  <br>**Deficiency after foreclosure RE:  PROPERTY #5 -  1019 Brayton Ln. Davenport, Fl 33897 (FJ 03/01/13 / Sold 04/10/13)** | | | | **Unknown** |
| Account No.  <br><br>**McCalla Raymer, LLC**  <br>**225 E. Robinson St, #600**  <br>**Orlando, FL 32801** | | | | | **Additional Notice To:**  <br>**Bank of America** | | | | **Notice Only** |
| Account No. **9833**  <br><br>**Chase Home Finance / JPMorgan**  <br>**Bankruptcy Dept**  <br>**8333 Ridge Point Drive**  <br>**Mail Code TX1-2302**  <br>**Irving, TX 75063-5812** | | - | | | 02/03  <br>**Deficiency in the event modification is not granted, and there is a foreclosure PROPERTY #3 - 5264 NW 186 St, Miami Gardens, Fl 33055 (Chase as assigee of  Seterus)(in the process of being assigned to Fed Nat Mort Assoc)** | | | | **Unknown** |

_**5**___ continuation sheets attached

Subtotal  
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Faye Patricia Bogle**                                                                    ,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Federal Nat Mort Assoc AKA Fannie Mae Bid Assignment / Bky Dept 3900 Wisconsin Ave, NW Washington, DC 20016** | | | **Additional Notice To: Chase Home Finance / JPMorgan** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Marshall Watson, PA 1800 NW 49th St, #120 Fort Lauderdale, FL 33309** | | | **Additional Notice To: Chase Home Finance / JPMorgan** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Seterus Attn. Bky Dept. POB 4128 Beaverton, OR 97076-4128** | | | **Additional Notice To: Chase Home Finance / JPMorgan** | | | | **Notice Only** |
| Account No. **9860** | | | **10/03 Deficiency in the event modification is not granted, and there is a foreclosure RE: PROPERTY #1 - 15871 SW 49th Ct., Miramar, Fl 33027 (Chase, as assignee of MetLife Home Loans)** | | | | |
| **Chase Home Finance / JPMorgan Bankruptcy Dept 8333 Ridge Point Drive Mail Code TX1-2302 Irving, TX 75063-5812** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **MetLife Home Loans Attn: Bky Dept 1555 W Wallnut Hill Ln., #200 Irving, TX 75038** | | | **Additional Notice To: Chase Home Finance / JPMorgan** | | | | **Notice Only** |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Faye Patricia Bogle**
_____ ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2987** | | | | **2010** **Credit card purchases** | | | | |
| **CitiCard** **Bankruptcy Division** **PO Box 20365** **Kansas City, MO 64153** | | - | | | | | | |
| | | | | | | | | **4,772.00** |
| Account No. **0442** | | | | **2009** **Credit card purchases** | | | | |
| **CitiCard (Sears MC)** **Bankruptcy Division** **PO Box 20365** **Kansas City, MO 64153** | | - | | | | | | |
| | | | | | | | | **2,447.00** |
| Account No. **6718** | | | | **2010** **Credit card purchases** | | | | |
| **Discover** **Bankruptcy Department** **PO Box 8003** **Hilliard, OH 43026** | | - | | | | | | |
| | | | | | | | | **3,433.00** |
| Account No. **9860** | | | | **07/05** **Deficiency after foreclosure RE:  PROPERTY #6 - 721 Garberia Drive, Davenport, Fl 33837 (Fed Nat Mort Assoc, AKA Fannie Mae, as assignee of 1st Horizon)(FJ 10/05/11 / Sold 01/23/13)** | | | | |
| **Federal Nat Mort Assoc** **AKA Fannie Mae** **Bid Assignment / Bky Dept** **3900 Wisconsin Ave, NW** **Washington, DC 20016** | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **NSM Recovery Svs** **POB 130536** **Dallas, TX 75313** | | | | **Additional Notice To:** **Federal Nat Mort Assoc** | | | | **Notice Only** |

Sheet no. __**2**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,652.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Faye Patricia Bogle** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Smith, Hiatt & Diaz<br>POB 11438<br>Fort Lauderdale, FL 33339 | | | Additional Notice To:<br>Federal Nat Mort Assoc | | | | Notice Only |
| Account No. **D721**<br><br>Heather Hill HOA<br>C/O Sutherland Mgt<br>107 N Line Dr<br>Apopka, FL 32703 | | - | 07/05<br>Deficiency after foreclosure RE:  PROPERTY #6 - 721 Garberia Drive, Davenport, Fl 33837 | | | | Unknown |
| Account No.<br><br>Lazaro and Lilly Victorea<br>5264 NW 186 St<br>Miami Gardens, FL 33055 | | | 01/13<br>Damages resulting from leased property | | | | Unknown |
| Account No.<br><br>Malcolm Harris, PA<br>12230 Forest Hill Blvd<br>Wellington, FL 33414 | | - | 03/13<br>Attorney's Fees - Foreclosure Defense | | | | 1,000.00 |
| Account No. **2612**<br><br>Monterery Master Owners Assoc<br>of Dade County<br>C/O CAM Accounting<br>POB 820455<br>South Florida, FL 33082 | | - | 02/03<br>Deficiency in the event modification is not granted, and there is a foreclosure  RE: PROPERTY #3 - 5264 NW 186 St, Miami Gardens, Fl 33055 | | | | Unknown |

Sheet no. __3___ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Faye Patricia Bogle_____,    Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brough, Chadrow & Levine**<br>**1900 N Commerce Pkwy**<br>**Weston, FL 33326** | | | | **Additional Notice To:**<br>**Monterery Master Owners Assoc** | | | | **Notice Only** |
| Account No. **0611**<br><br>**Riveria Isles Master Assoc**<br>**C/O Castle Mgt**<br>**POB 559009**<br>**Fort Lauderdale, FL 33355** | | - | | **10/03**<br>**Deficiency in the event modification is not granted, and there is a foreclosure RE: PROPERTY #1 - 15871 SW 49th Ct., Miramar, Fl 33027** | | | | **Unknown** |
| Account No.<br><br>**Romeo and Andrew Fowler**<br>**529 Lakeview Drive**<br>**Kissimmee, FL 34759** | | - | | **01/13**<br>**Damages resulting from leased property** | | | | **Unknown** |
| Account No. **7267**<br><br>**Sans Souci Villiage HOA**<br>**C/O Castle Mgt**<br>**POB 559009**<br>**Fort Lauderdale, FL 33355** | | - | | **10/03**<br>**Deficiency in the event modification is not granted, and there is a foreclosure RE: PROPERTY #1 - 15871 SW 49th Ct., Miramar, Fl 33027** | | | | **Unknown** |
| Account No. **4804**<br><br>**SunTrust Mortgage**<br>**Bankruptcy Department - RVW7941**<br>**PO Box 85092**<br>**Richmond, VA 23286** | | - | | **01/05**<br>**Deficiency in the event modification is not granted, and there is a foreclosure RE: PROPERTY #2 - 529 Lakeview Dr, Kissimmee, Fl 34759** | | | | **Unknown** |

Sheet no. __4__ of __5__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Faye Patricia Bogle**                              ,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Florida Foreclosure Atty**<br>**601 Cleveland St., #690**<br>**Clearwater, FL 33755** | | | Additional Notice To:<br>SunTrust Mortgage | | | | **Notice Only** |
| Account No. **1019**<br><br>**The Groves of Legacy Park HOA**<br>**C/O Mid-Florida Prop Prof**<br>**112 Polo Park E Blvd**<br>**Davenport, FL 33897** | - | | 07/05<br>Deficiency after foreclosure RE: PROPERTY #5 - 1019 Brayton Ln. Davenport, Fl 33897 | | | | **Unknown** |
| Account No.<br><br>**The Association Law Firm**<br>**135 W Central Blvd., #1150**<br>**Orlando, FL 32801** | | | Additional Notice To:<br>The Groves of Legacy Park HOA | | | | **Notice Only** |
| Account No. **1998**<br><br>**Wells Fargo Home Equity**<br>**Credit Bureau B6955-019**<br>**POB 31557**<br>**Billings, MT 59107** | - | | 09/06<br>Deficiency in the event modification is not granted, and there is a foreclosure RE: PROPERTY #1 - 15871 SW 49th Ct., Miramar, Fl 33027 | | | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Total (Report on Summary of Schedules)  **11,652.00**

B6G (Official Form 6G) (12/07)

In re    **Faye Patricia Bogle**                                              ,    Case No. _____
_____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lazaro and Liliana Victorea**<br>**5264 NW 186 St**<br>**Miami Gardens, FL 33055** | **DESCRIPTION: Residential Lease**<br>**DEBTOR'S INTEREST: Landlord**<br>**NOTE: Security Deposit of $1,400 applied to rents due** |
| **Romeo and Andrew Fowler**<br>**529 Lakeview Drive**<br>**Kissimmee, FL 34759** | **DESCRIPTION: Residential Lease**<br>**DEBTOR'S INTEREST: Landlord**<br>**NOTE: Security Deposit of $750 applied to rents due** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Faye Patricia Bogle**                                                                      ,    Case No. _____
                                                                Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Faye Patricia Bogle** _____   Case No. _____
                                   Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Mother** | AGE(S):<br>**85** |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Nurse** | |
| Name of Employer | **Jackson Plaza Nursing & Rehab. Ctr** | |
| How long employed | **Since 2005** | |
| Address of Employer | **1861 NW 8th Ave**<br>**Miami, FL 33136** | |
| ***See Attachment for Additional Employment Information** | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 6,968.25 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 6,968.25 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 1,420.76 | $ | N/A |
| b. Insurance | $ | 281.08 | $ | N/A |
| c. Union dues | $ | 254.10 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,955.94 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 5,012.31 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income | | | | |
| (Specify): **403b** | $ | 107.13 | $ | N/A |
| **403b Repayment** | $ | 200.38 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 307.51 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 5,319.82 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 5,319.82 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re   **Faye Patricia Bogle**                                                          Case No. _____

                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Nurse** | |
| Name of Employer | **Baptist Health South Florida** | |
| How long employed | **Since 2002** | **Figures provided are combined earnings/deductions from both jobs.** |
| Address of Employer | **6855 Red Road, #200**<br>**Coral Gables, FL 33143** | |

B6J (Official Form 6J) (12/07)

In re   **Faye Patricia Bogle** _____   Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes **X** | No ___ | |
| b. Is property insurance included? | Yes **X** | No ___ | |
| 2. Utilities:        a. Electricity and heating fuel | | $ | 300.00 |
| b. Water and sewer | | $ | 225.00 |
| c. Telephone | | $ | 0.00 |
| d. Other   **See Detailed Expense Attachment** | | $ | 550.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 380.00 |
| 4. Food | | $ | 1,500.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 420.00 |
| 8. Transportation (not including car payments) | | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 600.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 238.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 315.00 |
| b. Other   **See Detailed Expense Attachment** | | $ | 291.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |
| Other _____ | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,369.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

----------------------------
**3 - Roof requires regular power spraying, per association, due to mildew.**
**5 & 6 -  Debtor is a nurse, clothes either have to be heavy bleached, which makes their life short, or she has to dry clean.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 5,319.82 |
| b.    Average monthly expenses from Line 18 above | $ | 5,369.00 |
| c.    Monthly net income (a. minus b.) | $ | -49.18 |

**B6J (Official Form 6J) (12/07)**
In re   **Faye Patricia Bogle**                                                                Case No. _____
                                                      Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **COMCAST: Home Phone/Cable/Internet** | $ | **400.00** |
| **VERIZON: Cell Phone** | $ | **150.00** |
| **Total Other Utility Expenditures** | $ | **550.00** |

**Other Installment Payments:**

| | | |
|---|---|---|
| **Riveria Isles Master Assoc - Prop #1/Miramar-Residence** | $ | **139.00** |
| **San Souci Village HOA - Prop #1/Miramar-Residence** | $ | **70.00** |
| **Assoc of Ponciana Village - Prop #2/Kissimmee** | $ | **82.00** |
| **Total Other Installment Payments** | $ | **291.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Faye Patricia Bogle**                                    Case No. _____

                                                          Debtor(s)          Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**26**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 12, 2013**                          Signature    **/s/ Faye Patricia Bogle**

                                                                    **Faye Patricia Bogle**
                                                                    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Faye Patricia Bogle**                                                          Case No.
_____                          Chapter    **7**
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$20,561.28** | **2013 - YTD - Baptist Health South Florida** |
| **$34,697.93** | **2012 - Baptist Health South Florida** |
| **$38,973.25** | **2011 - Baptist Health South Florida** |
| **$28,851.00** | **2013 - YTD - Jackson Plaza Nursing & Rehab. Ctr** |
| **$55,844.34** | **2012 - Jackson Plaza Nursing & Rehab. Ctr** |
| **$59,871.49** | **2011 - Jackson Plaza Nursing & Rehab. Ctr** |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $750.00 | 2013 - YTD - Rental Income - Miami Gardens Property |
| $-25,000.00 | 2012 - Rental Income |
| $-25,000.00 | 2011 - Rental Income |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

[*] *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 1 **CAPTION: Suntrust Mortgage, Inc., v. Faye Bogle; Unknown Spouse of Faye Bogle; Association o Poinciana Villages, Inc., Poinciana Village Seven Association, Inc; Poinciana Village Three Assocation, Inc; Unknown Tenant #1; Unknown Tenant #2; and Other Unknown Parties...** CASE NO.: 2013-CA-000065 | **Civil / Foreclosure** | **In the Circuit Court of the 10th Judicial Circuit, in and for Polk County, Florida** | **Judgment / Presale** |
| 2 **CAPTION: Chase Bank, NA, v. Faye Bogle, Branch Banking & Trust Company; Monterey Master Owners' Association of Dade County, Inc.; Unknown Tenant in possession of the subject property** CASE NO.: 13-01087 CA 05 **NOTE: BBT was a 2nd Mortgage which was satisfied prior to this suit, with funds from the 2nd Mortgage on the Debtor's Residence.** | **Civil / Foreclosure** | **In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida** | **Pre-Judgement** |
| 3 **CAPTION: Monterey Master Owners Association of Dade County, Inc., v. Faye Bogle, Unknown Spouse of Faye Bogle, Unknown Tenant One and Unknown Tenant Two** CASE NO.: 13-3055 CC 23 (06) | **Civil / Foreclosure** | **In the County Court in and for Miami-Dade County, Florida** | **Pre-Judgement** |
| 4 **CAPTION: BAC Home Loan Servicing, LP FKA Countrywide Home Loans Servicing, LP v. Faye Bogle; Unknown Spouse of Faye Bogle if any; Any and all unknown parties...** CASE NO.: 2010-CA-007000-0000-WH | **Civil / Foreclosure** | **In the Circuit Court of the 10th Judicial Circuit, in and for Polk County, Florida** | **Judgement / Foreclosure Sale** |
| 5 **CAPTION: The Goves of Legacy Park Homeowners Association, Inc., v. Unknown Tenant in Possession #1, Unknown Tenant in Possession #2, Faye Bogle** CASE NO.: 2013CC-000096 | **Civil / Foreclosure** | **In the County Court in and for Polk County, Florida** | **Judgement (Foreclosure Sale by Bank of America)** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America<br>Bankruptcy Department<br>PO Box 15102<br>Wilmington, DE 19886-5102** | **04/13** | **DESCRIPTION: PROPERTY #5 - 1019 Brayton Ln, Davenport, Fl 33897<br>VALUE: $88,403<br>CAPTION: BAC Home Loan Servicing, LP FKA Countrywide Home Loans Servicing, LP v. Faye Bogle; Unknown Spouse of Faye Bogle if any; Any and all unknown parties...<br>CASE NO.: 2010-CA-007000-0000-WH** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **TITHES** | **Church** | **Weekly** | **Tithes approx. $150 a week.** |

B7 (Official Form 7) (04/13)

5

## 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **LOCATION: Property #1, Debtor's Homestead - 15871 SW 49th Ct, Miramar, Fl DESCRIPTION: Kitchen File - Stove, Microwave, Ceiling and Cabinets VALUE: $2,500** | **Kitchen Fire.  Damage was less than insurance deductable.** | **04/2013** |

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Andrew S. Bresalier, PA 400 N. Pine Island Rd., #200 Plantation, FL 33324** | **08/13** | **Attorney's Fees $1,800 Filing Fee: $306** |
| **Pioneer Credit Counseling DBA Black Hill Children Ranch 1644 Concourse Drive South Dakota 57703,** | **08/13** | **$22 - Both Classes** |
| **Home Law 150 SW 12 Ave, Suite 430 Pompano Beach, FL 33069** | **June - August, 2013** | **RE: Mod on Kissimmee Property $3,350; Mod on Miramar Property $3,720** |

## 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Faye Bogle 15871 SW 49 Ct Miramar, FL 33027   Self** | **2009** | **DESCRIBE: Three (3) Loans against 403b, funds used to catch up on bills, unsuccessful modification and medical expenses. 10/10 $3,473.68 02/12 $3,400.49 04/12 $1,091.83** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
6

### 11.  Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Kindness Property Mgt, Unregistered DBA** | **xxx-xx-7677** | **15871 SW 49 Ct Miramar, FL 33027** | **Managing Properties Listed Herein - Used to obtain prefered status Business status for banking.** | **2010 - Present** |

B7 (Official Form 7) (04/13)
8

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

---

       The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

       *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                     DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                     ADDRESS                            DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                           DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY                INVENTORY SUPERVISOR                     (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                          RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                              NATURE OF INTEREST                    PERCENTAGE OF INTEREST

B7 (Official Form 7) (04/13)
9

| None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
| ■ | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22 . Former partners, officers, directors and shareholders**

| None | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
| ■ | |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

| None | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
| ■ | |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| None | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |
| ■ | |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

| None | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |
| ■ | |

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

| None | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |
| ■ | |

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 12, 2013**                    Signature  **/s/ Faye Patricia Bogle**

                                                                    **Faye Patricia Bogle**
                                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re __Faye Patricia Bogle__

Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Assoc of Poinciana Villages** | **Describe Property Securing Debt:**<br>**PROPERTY #2**<br>**LOCATION: 529 Lakeview Dr, Kissimmee, Fl 34759**<br>**DESCRIPTION: Lot 29, Block 1128, Poinciana, Neighborhood 5, Village 7, According to the Plat Thereof as Recorded in Plat Book 53, Pages 19 through 28, Inclusive, of the Public Rec** |

Property will be (check one):

■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase Home Finance / JPMorgan** | **Describe Property Securing Debt:**<br>**PROPERTY #1**<br>**LOCATION:  15871 SW 49th Ct., Miramar, Fl 33027**<br>**DESCRIPTION:Lot 25, Block 4 of Riviera Isles II, according to the plat thereof, recorded in Plat Book 170, Page 53, Public Records of Broward County, Florida**<br>**INTENT: Reaffirm, v** |

Property will be (check one):

□ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- ■ Reaffirm the debt
- ■ Other. Explain __**Modification**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase Home Finance / JPMorgan** | **Describe Property Securing Debt:**<br>**PROPERTY #3**<br>**LOCATION: 5264 NW 186 St, Miami Gardens, Fl 33055**<br>**DESCRIPTION: Lot 12 in Block 26, of Monterrey Fifth Addition, according to the Plat Thereof as recorded in Plat Book 141, Page 69, of the Public Records of Miami-Dade County, F** |

Property will be (check one):

   ☐ Surrendered                            ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property

   ■ Reaffirm the debt

   ■ Other.  Explain __**Modification**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ☐ Claimed as Exempt                         ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**GM Finance** | **Describe Property Securing Debt:**<br>**2010 Toyota Camry LE 4d Sedan**<br>**MILES:**<br>**CONDITION: Rough - Undercarriage Damaged caused to running over construction debris**<br>**INTENT: Reaffirm**<br>**VALUATION METHOD: Black Book USA Retail - copy to be provided to Trustee**<br>**NOTE: Though this vehicl** |

Property will be (check one):

   ☐ Surrendered                            ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property

   ■ Reaffirm the debt

   ☐ Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt                         ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Monterery Master Owners Assoc** | **Describe Property Securing Debt:**<br>**PROPERTY #3**<br>**LOCATION: 5264 NW 186 St, Miami Gardens, Fl 33055**<br>**DESCRIPTION: Lot 12 in Block 26, of Monterrey Fifth**<br>**Addition, according to the Plat Thereof as recorded in Plat**<br>**Book 141, Page 69, of the Public Records of Miami-Dade**<br>**County, F** |

Property will be (check one):

    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property

    ■ Reaffirm the debt

    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Riveria Isles Master Assoc** | **Describe Property Securing Debt:**<br>**PROPERTY #1**<br>**LOCATION:  15871 SW 49th Ct., Miramar, Fl 33027**<br>**DESCRIPTION:Lot 25, Block 4 of Riviera Isles II, according to**<br>**the plat thereof, recorded in Plat Book 170, Page 53, Public**<br>**Records of Broward County, Florida**<br>**INTENT: Reaffirm, v** |

Property will be (check one):

    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property

    ■ Reaffirm the debt

    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                Page 4

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Sans Souci Villiage HOA** | **Describe Property Securing Debt:**<br>**PROPERTY #1**<br>**LOCATION:  15871 SW 49th Ct., Miramar, Fl 33027**<br>**DESCRIPTION:Lot 25, Block 4 of Riviera Isles II, according to the plat thereof, recorded in Plat Book 170, Page 53, Public Records of Broward County, Florida**<br>**INTENT: Reaffirm, v** |

Property will be (check one):

   □ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):

   □ Redeem the property
   ■ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt                              □ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**SunTrust Mortgage** | **Describe Property Securing Debt:**<br>**PROPERTY #2**<br>**LOCATION: 529 Lakeview Dr, Kissimmee, Fl 34759**<br>**DESCRIPTION: Lot 29, Block 1128, Poinciana, Neighborhood 5, Village 7, According to the Plat Thereof as Recorded in Plat Book 53, Pages 19 through 28, Inclusive, of the Public Rec** |

Property will be (check one):

   ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):

   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   □ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 5

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Equity** | **Describe Property Securing Debt:**<br>**PROPERTY #1**<br>**LOCATION:  15871 SW 49th Ct., Miramar, Fl 33027**<br>**DESCRIPTION:Lot 25, Block 4 of Riviera Isles II, according to**<br>**the plat thereof, recorded in Plat Book 170, Page 53, Public**<br>**Records of Broward County, Florida**<br>**INTENT: Reaffirm, v** |

Property will be (check one):

   ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property

   ■ Reaffirm the debt

   ■ Other.  Explain __**Modification**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES         ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __**August 12, 2013**__             Signature    __**/s/ Faye Patricia Bogle**__

                                                      **Faye Patricia Bogle**

                                                      Debtor